**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    GEORGE S. LOUTEY, IV | : | |
|         Debtor(s) | : | Bky. No. 09-14603 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Objection to the Proof of Claim filed by ROCKSTONE Capital, LLC ("the Objection"), and after a hearing, and for the reasons stated in court and based on the legal authority cited below, it is hereby **ORDERED** that:

1. The Objection is **SUSTAINED**.

2. Proof of Claim No. 9 is **DISALLOWED** as untimely filed.  See Fed. R. Bankr. P. 3002(c), 9006(b)(3); In re Brooks, 414 B.R. 65, 72 (Bankr. E.D. Pa. 2009).

Date:  **January 20, 2010**

                                           **ERIC L. FRANK**
                                           **U.S. BANKRUPTCY JUDGE**